In the Matter of the Claim of LOUIS OSTROM, Respondent, against YORK MODERN CORPORATION and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, without costs.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of CATHERINE HEALY, Respondent, against WILLIAM J. HEALY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of CHARLES B. HAND, Respondent, against INDE-PENDENT COAL COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of CURTIS STICKLES, Respondent, against THE ACLE CONSTRUCTION COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of LOUIS WOOL, Respondent, against ANDREW'S AUTO REPAIR SHOP and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of CARRIE HAUSHALTER, Respondent, against GENERAL ELECTRIC COMPANY, Appellant.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of ELIZABETH A. HILTSEY, Respondent, against GENERAL ELECTRIC COMPANY, Appellant.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of SARAH FINKELSTEIN, Respondent, against AMERICAN BOSCH MAGNETO CORPORATION and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award, except as to the funeral expenses, reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence of dependency.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ALFRED HYETT, Respondent, against PORTER & THOMSEN and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.